UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENG XIONG, et al. | No. 2:23-cv-02531-DJC-SCR |
| Plaintiffs, | |
| v. | ORDER |
| LAOS PEOPLE'S DEMOCRATIC REPUBLIC, et al., | |
| Defendants. | |

On February 23, 2024, this case was referred to the assigned Magistrate Judge pursuant to Local Rule 302(c)(21). (ECF No. 18.)

On April 25, 2025, the Magistrate Judge filed Findings and Recommendations herein which contained notice to the Parties that any objections to the Findings and Recommendations were to be filed within fourteen days. (ECF No. 36.) Plaintiffs filed objections. (ECF No. 37.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of the file and finds the Findings and Recommendations to be supported by the record and by the Magistrate Judge's proper analysis. Accordingly, the Court will adopt the Findings and Recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant Yang's Motion to Dismiss (ECF No. 12) is GRANTED;

2. Plaintiffs' Motion for Default Judgment (ECF No. 22) is DENIED;

3. Plaintiffs' Motion to Amend (ECF No. 29) is DENIED;

4. The Complaint is dismissed for lack of jurisdiction; and

5. The Clerk is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:  **August 29, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC5-xiong223cv02531.jo