# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**SENG XIONG , ET AL. ,**

v.

**LAO PEOPLE'S DEMOCRATIC REPUBLIC , ET AL. ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:23–CV–02531–DJC–SCR**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/2/2025 .**

ENTERED: **September 2, 2025**      /s/ **Keith Holland**
                                              Clerk of Court