Herman Franck, Esq. (SB #123476)
Elizabeth Betowski, Esq. (SB #245772)
**FRANCK & ASSOCIATES**
1750 Prairie City Road, Ste. 130, #254
Sacramento, CA 95630
Tel. (916) 256-6266
Franckhermanlaw88@yahoo.com

Attorneys for Plaintiffs Seng Xiong;
Thao Xiong; Lor Vang; and Lue Vang

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENG XIONG; THAO XIONG; LOR VANG; and LUE VANG<br><br>Plaintiffs,<br><br>v.<br><br>LAO PEOPLE'S DEMOCRATIC REPUBLIC; PRESIDENT THONGLOUN SISOULITHIS; PRIME MINISTER SONXAI SIPHANDON; SOUANSAVAN VI-GNAKET, MINSTER OF JUSTICE; GENERAL CHANSAMONE CHANYALATH, MINISTER OF DEFENSE; LIEUTENANT GENERAL VILAY LAKHAMFONG, MINISTER OF PUBLIC SECURITY; DR. YANG DAO<br><br>Defendants | Case No. 23-cv-02531-DJC-SCR (PS)<br><br>**PLAINTIFFS SENG XIONG, THAO XIONG, LOR VANG, AND LUE VANG'S NOTICE OF APPEAL FROM SEPTEMBER 7, 2025 JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |

TO ALL PARTIES HEREIN:

TAKE NOTICE that Plaintiffs Seng Xiong; Thao Xiong; Lor Vang; and Lue Vang herewith submit this notice of appeal from the Judgment of Dismissal dated September 2, 2025, Hon. Hon. Daniel J. Calabretta, United States District Judge presiding [a copy of which is attached hereto as

Exhibit A], and hereby appeal the Judgment and the whole thereof to the United States Court of Appeals for the Ninth Circuit, in San Francisco California.

Respectfully Submitted,

  /s/ Herman Franck, Esq.September 17, 2025
Herman Franck, Esq.
Attorney for Plaintiffs Seng Xiong;
Thao Xiong; Lor Vang; and Lue Vang

**LIST OF EXHIBITS**

Exhibit A: September 2, 2025 Judgment of Dismissal

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**SENG XIONG, ET AL.,**

v.

**LAO PEOPLE'S DEMOCRATIC REPUBLIC, ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:23−CV−02531−DJC−SCR**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/2/2025.**

ENTERED: **September 2, 2025**      /s/ **Keith Holland**
                                                            Clerk of Court

# PROOF OF SERVICE

I, Elizabeth Betowski, declare as follows: That I am an adult over the age of 18, and have an office in Folsom, California, and am not a party to the present action. On the date signed below, I caused to be served by First-class mail, the following document:

1. **PLAINTIFFS SENG XIONG, THAO XIONG, LOR VANG, AND LUE VANG'S NOTICE OF APPEAL FROM SEPTEMBER 7, 2025 JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

The above-listed documents were served on all parties by first-class mail to the following addressees :

Dr. Yang Dao
4444 Fallgold Parkway North
Brooklyn Park, MN 55443

I declare under oath and under penalty of perjury that the foregoing is true and correct and that this Declaration was executed in Folsom, California, on September 17, 2025.

//s// Elizabeth Betowski
_____
Elizabeth Betowski